BENJAMIN A. TROWBRIDGE et al., as Trustees under the Will of GEORGE A. TROWBRIDGE, Deceased, Respondents, *v.* MILLIE K. TROWBRIDGE et al., Appellants.

*Trowbridge* v. *Metcalf,* 5 App. Div. 318, affirmed.
(Argued January 20, 1899; decided February 3, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered September 10, 1896, affirming a judgment entered upon a decision of the court in an action for the construction of a will, on trial at Special Term.

*James L. Bishop* and *Charles W. West* for appellants.

*Benjamin F. Blair* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.

---

MELVILLE M. MERRILL, Respondent, *v.* GEORGE R. BLANCH-ARD, Appellant.

*Merrill* v. *Blanchard,* 7 App. Div. 167, affirmed.
(Argued January 20, 1899; decided February 3, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1896, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Charles P. Rogers* and *William M. Safford* for appellant.

*Edward A. Hibbard* and *E. W. Tyler* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.